UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------
IN RE:                                    )   CHAPTER 11
                                          )
JOHNSON MEMORIAL                          )   CASE NO. 08-22187 (ASD)
HOSPITAL, INC.,                           )
                                          )
JOHNSON MEMORIAL                          )   JOINTLY ADMINISTERED UNDER
CORPORATION, INC., et al.[1]              )   CASE NO. 08-22188
                                          )
        Debtors.                          )
                                          )
                                          )   RE: DOC. I.D. NO. 354[2]
---------------------------------------------------

**ORDER APPROVING DISCLOSURE STATEMENT
AND SCHEDULING FURTHER HEARING THEREON**[3]

**WHEREAS** the above-captioned contested matter came before the Court after due notice and a hearing on January 28, 2010 (hereafter, the "Hearing"); and

**WHEREAS** the Court, having fully reviewed (i) the Debtor's *Disclosure Statement for First Amended Plan of Reorganization* (hereafter, the "Disclosure Statement"), Doc. I.D. No. 354,[4] and (ii) certain objections thereto filed by the Connecticut Department of Labor, Doc. I.D. No. 349, First American Commercial Bancorp, Inc., The Huntington National Bank and IDB Leasing, Inc., Doc. I.D. No. 372, the Official Committee of

---

[1] Johnson Memorial Hospital, Inc., Case No. 08-22187, Johnson Memorial Corporation, Inc., Case No. 08-22188, The Johnson Evergreen Corporation, Inc., Case No. 08-22189.

[2] In Johnson Memorial Hospital, Inc., Case No. 08-22187.

[3] This Order shall be docketed in the lead case, Johnson Memorial Corporation, Inc., Case No. 08-22188, and in Johnson Memorial Hospital, Inc., Case No. 08-22187. See Order Directing Joint Administration of Cases . . . (ordering, *inter alia*, the Joint Administration of the Cases in fn. 1, *supra*, under the lead case of Johnson Memorial Corporation, Inc. Case No. 08-22188, "that henceforth all pleadings in these cases be filed with a caption styled in the manner of this Order" and "[h]enceforth, the docket of Johnson Memorial Corporation, Inc. Case No. 08-22188, should be consulted on all matters affecting any of these Debtors"). Case No. 08-22188,Doc. I. D. No. 42; Case No. 08-22187, Doc. I. D. No. 37; Case No. 08-22189, Doc. I. D. No. 36.

[4] Unless otherwise indicated, "Doc. I. D. Nos." refer to the docket of Johnson Memorial Hospital, Inc., Case No. 08-22187.

Unsecured Creditors, Doc. I.D. No. 374, and Key Government Finance, Inc., Doc. I.D. No. 380 (hereafter, collectively, the "Objections"); and

**WHEREAS** the Objections in part having been resolved between and among the parties based, *inter alia*, on representations by counsel for the Debtor at the Hearing including representations related to modifications to be made to the Disclosure Statement, and

**WHEREAS** the Court having taken under advisement and now having considered the Objections on the basis of remaining objections that:

   A. The Plan provides for releases of third parties for no consideration and in certain cases where the estate may have claims. There is no analysis regarding the merits of such claims which the Debtor proposes to be released; and

   B. The cash flow exhibit provides insufficient detail to determine the appropriateness of expenses, and omits income, both of which are critical to understanding the availability of cash for payments to unsecured creditors,
.

Official Committee of Unsecured Creditors Objection, Doc. I.D. No.  374, p.2, ¶ ¶ 3(b) & (c), and


   C. The Disclosure Statement includes only cursory financial projections with no explanation. Exhibit B to the Disclosure Statement is a one-page cash flow projection that covers the duration of the Plan (2010-2018). It projects an increase in total cash receipts over time with no explanation of how such increases will be accomplished. There is no description of intercompany revenue and expenses, no detail for capital expenditures, and no detail on any of the other line items listed on Exhibit B. In addition, there is no balance sheet and no details provided regarding plan funding or the source of plan distributions,

Key Government Finance, Inc.'s Objection, Doc. I.D. No.  380, p. 4, ¶ 5a, and

**WHEREAS** the Court having examined, *inter alia*, the relevant portions of the Disclosure Statement and the Budget attached thereto as Exhibit B, and having determined that these and all other remaining Objections to the Disclosure Statement

should be overruled, and having determined, pursuant to 11 U.S.C. § 1125, that said Disclosure Statement, as amended with the consent and by representations of the proponent at the Hearing, and as supplemented by documents to accompany the Plan and Disclosure Statement, contains "adequate information" as that phrase is defined in 11 U.S.C. § 1125(a), in accordance with which:

**IT IS HEREBY ORDERED** that the Disclosure Statement, as amended and supplemented, is **APPROVED**; and

**IT IS FURTHER ORDERED** that all remaining objections to the Disclosure Statement are **OVERRULED**; and

**IT IS FURTHER ORDERED** that a further hearing on the Disclosure Statement to consider dates (i) for notice and mailing of ballots to creditors and equity security holders entitled to vote on the Plan in accordance with Bankruptcy Rule 3017(d), (ii) returning written ballots of acceptance or rejection of the Plan, (iii) filing written objections to the Plan pursuant to Bankruptcy Rule 3020(b), (iv) to consider confirmation of the Plan pursuant to Bankruptcy Code Section 1129, and (v) related matters, shall be held before this Court at the United States Bankruptcy Court, 450 Main Street (7th Floor), Hartford, Connecticut, on <u>Wednesday, February 10, 2010 at 2:00 PM.</u>

Dated: February 4, 2010                                    BY THE COURT

                                                           Albert S. Dabrowski
                                                           Chief United States Bankruptcy Judge

3