## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Chapter 11 |
| **Johnson Memorial Corporation, Inc., et al** [1] | |
| Debtor(s) | Jointly Administered under Case No. 08-22188 |

### ORDER APPROVING SECOND AMENDED DISCLOSURE STATEMENT AND FIXING DATE FOR FILING ACCEPTANCE OR REJECTION OF PLAN, OBJECTIONS THERETO, AND CONFIRMATION HEARING, COMBINED WITH NOTICE THERETO

A Second Amended Disclosure Statement having been filed by the debtors', Johnson Memorial Corporation, Inc., et al ("the proponents") on June 18, 2010, and an Amended Plan of Reorganization ("the Plan"), having been filed by the debtors' on June 18, 2010 , and it having been determined, pursuant to 11 U.S.C. section 1125, that said Disclosure Statement contains adequate information,

**IT IS ORDERED AND NOTICE IS GIVEN THAT:**

1. The Second Amended Disclosure Statement is approved;

2. On or before July 2, 2010 the proponent shall mail pursuant to Bankruptcy Rule 3017(d), (1) the Amended Plan or a court approved summary thereof;(2) the Second Amended Disclosure Statement; and (3) a copy of this Order to all creditors and equity security holders. In addition, the proponent shall mail a ballot, conforming to Official Form No. 14, to creditors and equity security holders entitled to vote on the Amended Plan;

3. July 30, 2010 is fixed as the last day for returning written ballots of acceptance or rejection of the Amended Plan;

4. August 4, 2010 at 10:00 a.m. is fixed as the date of the hearing to consider confirmation of the Amended Plan in the United States Bankruptcy Court, 450 Main Street, 7th floor courtroom, Hartford, Connecticut;

5. Written objections to the Amended Plan, pursuant to Bankruptcy Rule 3020(b), shall be filed with the court no later than July 30, 2010, and

6. The proponent shall file a certificate of service certifying compliance with Bankruptcy Rule 3017(d)immediately after compliance with paragraph 2 of this order.

Dated: June 21, 2010

*Albert S. Dabrowski*
United States Bankruptcy Judge

---

[1] Johnson Memorial Hospital inc. Case No. 08-22187, Johnson Memorial Corporation, Inc. Case No. 08-22188, The Johnson Evergreen Corp., Inc. Case No. 08-22189