

Management Group
Chicago • Greenwich • Los Angeles • Nashville • Tampa

CORPORATE HEADQUARTERS
5001 W. Lemon St.
Tampa, FL 33609-1103
Phone (813) 281-0062
Fax (813) 281-0063
www.focusmg.com

September 28, 2010

Invoice 25616

JOHNSON MEMORIAL CORPORATION CHAPTER 11
201 CHESTNUT HILL ROAD
STAFFORD SPRINGS, CT 06076

### WEEKLY STATEMENT OF FOCUS MANAGEMENT GROUP USA, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM SEPTEMBER 19, 2010 THROUGH SEPTEMBER 25, 2010

| | |
|---|---|
| Period for which compensation and reimbursement is sought: | September 19, 2010 through September 25, 2010 |
| Amount of Compensation sought as actual, reasonable and necessary: | $30,600.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   824.59 |
| Total | $31,424.59 |
| Total Due (Representing 80% of Fees and 100% of Expense) | $25,304.59 |

Approved
[signature]
9/30/10

RLF1-715402-1

FOCUS MANAGEMENT GROUP USA INC.
SUMMARY OF PROFESSIONALS RENDERING SERVICES FROM
SEPTEMBER 19, 2010 THROUGH SEPTEMBER 25, 2010

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Peter J Betts | Interim CEO | $400.00 | 39.4 | $15,760.00 |
| Travel – Peter Betts | Interim CEO | $200.00 | 4 | $800.00 |
| Prorated Weekly Fees Capped at $16,362.50 | | | | ($197.50) |
| Frank Musso | Interim Controller | $350.00 | 51.6 | $18,060.00 |
| Travel – F. Musso | Interim Controller | $175.00 | 3.6 | $630.00 |
| Prorated Weekly Fees Capped at $14,237.50 | | | | ($4,452.50) |
| | | | | |
| TOTAL | | | 98.6 | $30,600.00 |

EXPENSE SUMMARY
SEPTEMBER 19, 2010 THROUGH SEPTEMBER 25, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Lodging | | $352.86 |
| Travel | | $311.87 |
| Meals | | $79.86 |
| Communications | | $80.00 |
| TOTAL | | $824.59 |

2



**Management Group**
Chicago • Greenwich • Los Angeles • Nashville • Tampa

CORPORATE HEADQUARTERS
5001 W. Lemon St.
Tampa, FL 33609-1103
Phone (813) 281-0062
Fax (813) 281-0063
www.focusmg.com

# FOCUS MANAGEMENT GROUP USA INC.
## DETAIL OF PROFESSIONALS RENDERING SERVICES FROM
## SEPTEMBER 19, 2010 THROUGH SEPTEMBER 25, 2010

| Activity | Date | Name | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Speak w/ Musso re: exit timing |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.80 | $320.00 | Call w/ Dr. Watson & f/u w/ Purdy & Tompkins |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Review McKesson/HFG limited agency letter from McMahon |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Assignment of Leases & Rents; Open-End Mortgage Deed & Security Agreement; Security Agreement from McHahon |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Documents re; HFG/Johnson/People's conditions precedent |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Red line 9/8/10 Board minutes |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Collateral Subordination Agreement from McMahon |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Review revisions on McKesson Limited Agency Agreement from McMahon |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Review Patient Consents |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Update from Corriveau re: potential TV interview |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Review revised draft of R&R opinion letter from McMahon & response from Huecker |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Review draft Strategic Plan dashboard from Banoff and respond |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Note to Musso re: coding backlog and response |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Exchange w/ Verny & Rice re: Bylaws time line |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Exchange w/ Lehman & Verny re: site visit by Schwartz |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.30 | $120.00 | Call w/ Dr.Tucker re: ECHN & Somers plans; f/u w/ Morgan, Woods & DiMeola; update Executive Summary |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.50 | $200.00 | Meet w/ Hill re: Service Excellence Steering Committee |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Discuss logistics of Schwartz visit w/ verny |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Email string w/ Musso, et al re: People's Modification Agreement |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Review emails between McMahon & Musso re:HFG Loan Agreement |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Red line letter to Quinn re: Governance Town Hall |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Review letter from Woods to Dr. Pollack re: EEG interpretations |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Respond to Hoelz rre; OR & ER consulting proposal |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Email from Verny re: changes needed to Contractual Relationships Policy |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 1.00 | $400.00 | Meet w/ PCO Kluetsch |
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.50 | $200.00 | Meet w/ Woods re: Infusion Center; Drs. Morgan & Menan; Taylor orientation; office set-up; discuss IT support w/ Verny |

• Due Diligence Reviews • Crisis Management • Operations Integration • Asset Recovery • Interim Management
• Bank & Creditor Negotiations • Bankruptcies & Receiverships • Turnaround & Workout Management •

**FOCUS Management Group**
Chicago • Greenwich • Los Angeles • Nashville • Tampa

CORPORATE HEADQUARTERS
5001 W. Lemon St.
Tampa, FL 33609-1103
Phone (813) 281-0062
Fax (813) 281-0063
www.focusmg.com

| Category | Date | Name | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| Business Operations | 9/20/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Check w/ Verny re: Heads Up |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Review and discuss w/ Corriveau letter from XL re: Young CHRO |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.50 | $200.00 | Routine correspondence and administrative tasks |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Respond to Woods re; Press Ganey @ JSC proposal |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Review report from Urban re: AE report on ropivicaine |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Review letter re: water filtration project deferment from DPH; f/u w/ LaBonte; update Executive Summary |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Red line TC minutes of 9/15/10 |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Review correspondence w/ Chatinover re: name change filings |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Musso / Popovitch exchange on cost of lease cancellation at NRRON re: Liniar Acccelerator |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Review and respond to Woods & Musso re: acquisition of Zynx order sets |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Review Budget/Finance Committee meeting materials |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Update from Morgan re: Dr. Phillips |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Review cash flows and August results from Musso |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | APRN CME requirements exchange w/ Tompkins & Clark |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Discussion & email w/ Barile & Morgan re: CT tubes; update Executive Summary |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 1.50 | $600.00 | Administrative Affairs Committee |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Meet w/ Woods & Fignar re: agenda; Medical Director of Evergreen & Hospice |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.30 | $120.00 | Discuss cash position and coding w/ Musso |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Draft memo to team re: DiMeola retirement and Woods promotion |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 2.20 | $880.00 | Administrative Council |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.30 | $120.00 | Redline MS Bylaws Purpose Statement |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Review DeSantis references and respond to Lehman |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Review response from Tompkins re: Dr. Watson's questions |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.40 | $160.00 | Call w/ Banoff; f/u to Admin Council re: Strategic Plan dashboard |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 1.00 | $400.00 | Meet w/ Musso; conference call w/ Paez & Hopwood re: cash position & LOC |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 1.00 | $400.00 | Meet w/ Drs. Stahl & Woods re: HMG relationship |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.30 | $120.00 | Meet w/ DiMeola re: physician recruitment |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Discuss urology referral w/ Woods & Clark |
| Business Operations | 9/21/2010 | Betts, Peter | $400.00 | 0.30 | $120.00 | Visit patient |
| Business Operations | 9/22/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | McMahon re: status of documents for exit |
| Business Operations | 9/22/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Review DeSantis itinerary and f/u w/ Verny re: |

**FOCUS Management Group**
Chicago • Greenwich • Los Angeles • Nashville • Tampa

CORPORATE HEADQUARTERS
5001 W. Lemon St.
Tampa, FL 33609-1103
Phone (813) 281-0062
Fax (813) 281-0063
www.focusmg.com

| Category | Date | Name | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| Business Operations | | | | | | calendar |
| Business Operations | 9/22/2010 | Betts, Peter | $400.00 | 2.00 | $800.00 | Budget & Finance Committee |
| Business Operations | 9/22/2010 | Betts, Peter | $400.00 | 1.50 | $600.00 | Meet w/ Richter (DSS) & Martone (OCHA) and staff re: DSH funding |
| Business Operations | 9/22/2010 | Betts, Peter | $400.00 | 4.30 | $1,720.00 | Meet w/ R&R re; review and approval of LOC and other documents re: exit |
| Business Operations | 9/22/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Routine correspondence and payment requests |
| Business Operations | 9/22/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Focus approved invoice processing; update to Roman re: DSH, exit & CFO search |
| Business Operations | 9/22/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Note to Krysiewski re: bankruptcy exit; annual review |
| Business Operations | 9/22/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Review mediation request from Atty Goodusky re: S.F. |
| Business Operations | 9/22/2010 | Betts, Peter | $400.00 | 1.00 | $400.00 | Meet w/ Reinholdt & QRM staff re: management change |
| Business Operations | 9/22/2010 | Betts, Peter | $400.00 | 0.40 | $160.00 | Draft memo to staff re: management changes |
| Business Operations | 9/22/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Correspondence from DeSantis & Lehman re: withdrawal |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Note to Musso re: MR leadership and cash needs |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.70 | $280.00 | Meet w/ Dulude re: JC report; call w/ Bouchard re: same |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Discuss w/ LaBonte question w/ Sassu |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Follow-up to Tompkins re: MD 200 status |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Follow-up on "to do's" from Administrative Council |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Review Notice to Quit re: Dr. M |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Respond to emails re: closure of Rockville OB |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.60 | $240.00 | Call w/ Roman re: bankruptcy update; CFO recruitment; Focus & Betts contracts; Dr. Morgan; management changes; psych; M/S mixer |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Note to Focus re: agreement re: exit |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 1.50 | $600.00 | Weekly meeting w/ Krysiewski per agenda |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 1.50 | $600.00 | Weekly meeting w/ rose re: agenda items |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.30 | $120.00 | Speak w/ Schickner & f/u w/ Ramsdell re: coding |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Call w/ Roman re; press release and announcement arrangements |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Speak w/ Hill re: exit celebration |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Email chain w/ McMahon and Focus re: name change |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Medical Staff Bylaws revision update from Clark & response |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Emails to Murphy & Blazar re: non solicitation policy |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.60 | $240.00 | Routine administrative tasks and correspondence |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.30 | $120.00 | Speak w/ Dr. Karabinis re; bankruptcy status |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.30 | $120.00 | Talk with O'Driscoll re: staff issues and psych candidate |

**FOCUS**
Management Group
Chicago • Greenwich • Los Angeles • Nashville • Tampa

CORPORATE HEADQUARTERS
5001 W. Lemon St.
Tampa, FL 33609-1103
Phone (813) 281-0062
Fax (813) 281-0063
www.focusmg.com

| | | | | | | |
|---|---|---|---|---|---|---|
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 3.00 | $1,200.00 | Medical Staff mixer |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Edit memo to staff re: management changes |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Respond to PCO re: posting re: report |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Email string re: HFG closing |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Respond to Shiffer re: dashboard sample |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Review and execute agreement w/ Banoff re: development of Strategic Plan dashboard |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.30 | $120.00 | Deal with various credentialing & Hospitalist issues w/ MSA |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.30 | $120.00 | Conversation w/ Dr. Marra re; Podiatry marketing issues |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Use of copiers vs printers recommendation and response |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Discuss Taylor orientation logistics w/ Corriveau; f/u w/ Morgan & Woods |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Dr. Morgan eviction notice update from Morgan |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Resolve temporary priviliges issue in revised Bylaws email w/ MSA |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Revise org chart for Medical Staff Affairs |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Woods note re: OPPE and Collaborating Agreement |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Follow-up to Richter & Martone re: DSH funding |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Follow-up w/ Woods re: recruitment of Diabeties Educator |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Review and respond to Woods & Musso emails re: Zynx acquisition |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.20 | $80.00 | Speak w/ Rose re: Reinholdt departure; modify memo to staff |
| Business Operations | 9/23/2010 | Betts, Peter | $400.00 | 0.10 | $40.00 | Speak w/ Musso re: coding & discussions w/ HFG |
| Business Operations | 9/24/2010 | Betts, Peter | $400.00 | 0.30 | $120.00 | Various emails while traveling |
| | **Total Business Operations: P Betts** | | | **39.40** | **$15,760.00** | |
| | 9/24/2010 | Betts, Peter | $200.00 | 4 | 800 | Travel to Sarasota |
| | **Total Travel: P Betts** | | | **4.00** | **$800.00** | |
| | **Total P Betts** | | | **43.40** | **$16,560.00** | |
| Business Operations | 9/23/2010 | Musso, Frank | $350.00 | 0.20 | $70.00 | Call with Felicetta re claims administration and First American and subsequent e mail to Focus. |
| Business Operations | 9/23/2010 | Musso, Frank | $350.00 | 0.20 | $70.00 | Call with Ellen Gordon of Focus concerning sample letters for distribution to creditors. |
| Business Operations | 9/24/2010 | Musso, Frank | $350.00 | 0.20 | $70.00 | Log into Pacer database, pull Focus order |
| Business Operations | 9/23/2010 | Musso, Frank | $350.00 | 2.00 | $700.00 | Read the plan of reorganization in terms of distribution to creditors to be made by the Debtor. |
| Business Operations | 9/20/2010 | Musso, Frank | $350.00 | 3.50 | $1,225.00 | Weekly cash flow |
| Business Operations | 9/20/2010 | Musso, Frank | $350.00 | 0.20 | $70.00 | receiving report test audit |

• Due Diligence Reviews • Crisis Management • Operations Integration • Asset Recovery • Interim Management
• Bank & Creditor Negotiations • Bankruptcies & Receiverships • Turnaround & Workout Management •

**FOCUS**
Management Group
Chicago • Greenwich • Los Angeles • Nashville • Tampa

CORPORATE HEADQUARTERS
5001 W. Lemon St.
Tampa, FL 33609-1103
Phone (813) 281-0062
Fax (813) 281-0063
www.focusmg.com

| | | | | | | |
|---|---|---|---|---|---|---|
| Business Operations | 9/20/2010 | Musso, Frank | $350.00 | 2.70 | $945.00 | Review August financials |
| Business Operations | 9/20/2010 | Musso, Frank | $350.00 | 0.30 | $105.00 | Questions form Hopwood on agreement |
| Business Operations | 9/20/2010 | Musso, Frank | $350.00 | 2.40 | $840.00 | Prepare audit confirmations |
| Business Operations | 9/20/2010 | Musso, Frank | $350.00 | 0.50 | $175.00 | Review and discuss coding backlog with staff |
| Business Operations | 9/21/2010 | Musso, Frank | $350.00 | 0.70 | $245.00 | Forward list of PTO exceptions to Rose with descriptions. |
| Business Operations | 9/21/2010 | Musso, Frank | $350.00 | 0.50 | $175.00 | meet with Jim Nelson of Guardsmark regarding subcontracting quality |
| Business Operations | 9/21/2010 | Musso, Frank | $350.00 | 0.60 | $210.00 | Cleaned up desk, old drafts of budget and loan agreements |
| Business Operations | 9/21/2010 | Musso, Frank | $350.00 | 0.30 | $105.00 | Review unbilled charges |
| Business Operations | 9/21/2010 | Musso, Frank | $350.00 | 0.50 | $175.00 | Meet with coders to discuss progress. |
| Business Operations | 9/21/2010 | Musso, Frank | $350.00 | 0.50 | $175.00 | progress of 2009 audit |
| Business Operations | 9/21/2010 | Musso, Frank | $350.00 | 0.40 | $140.00 | Call with Focus on cash flow and relations with HFG |
| Business Operations | 9/21/2010 | Musso, Frank | $350.00 | 2.20 | $770.00 | A |
| Business Operations | 9/21/2010 | Musso, Frank | $350.00 | 0.60 | $210.00 | Weekly meeting Betts |
| Business Operations | 9/22/2010 | Musso, Frank | $350.00 | 0.50 | $175.00 | Audit support, compute legal expense |
| Business Operations | 9/22/2010 | Musso, Frank | $350.00 | 2.10 | $735.00 | Budget and Finance Committee meeting |
| Business Operations | 9/22/2010 | Musso, Frank | $350.00 | 0.40 | $140.00 | various correspondence concerning RAC audits and credit terms, signed IRS letters. |
| Business Operations | 9/22/2010 | Musso, Frank | $350.00 | 2.70 | $945.00 | Accrued expense and legal fee analysis for audit |
| Business Operations | 9/22/2010 | Musso, Frank | $350.00 | 2.50 | $875.00 | Meeting in Hartford with DSS and Health department on DSH funding |
| Business Operations | 9/23/2010 | Musso, Frank | $350.00 | 1.80 | $630.00 | Data package for board meeting |
| Business Operations | 9/23/2010 | Musso, Frank | $350.00 | 1.30 | $455.00 | Prepared change analysis for August hospital financials. |
| Business Operations | 9/23/2010 | Musso, Frank | $350.00 | 0.30 | $105.00 | Review and correct minutes of Budget and Finance. |
| Business Operations | 9/23/2010 | Musso, Frank | $350.00 | 0.40 | $140.00 | Meeting with Shelly over coding progress |
| Business Operations | 9/23/2010 | Musso, Frank | $350.00 | 2.50 | $875.00 | Accrued expense and legal fee analysis for audit |
| Business Operations | 9/23/2010 | Musso, Frank | $350.00 | 0.20 | $70.00 | Tracking coding progress. |
| Business Operations | 9/23/2010 | Musso, Frank | $350.00 | 0.20 | $70.00 | Attention to OCHA submission from 20010 |
| Business Operations | 9/23/2010 | Musso, Frank | $350.00 | 0.20 | $70.00 | Read collective bargaining agreement |
| Business Operations | 9/23/2010 | Musso, Frank | $350.00 | 0.20 | $70.00 | Discuss year end inventory planning |
| Business Operations | 9/24/2010 | Musso, Frank | $350.00 | 0.50 | $175.00 | Visit surgery center, pre inventory visit |
| Business Operations | 9/24/2010 | Musso, Frank | $350.00 | 0.20 | $70.00 | View medical stock room at Hospital - pre inventory tour |
| Business Operations | 9/24/2010 | Musso, Frank | $350.00 | 0.50 | $175.00 | Preparation for board meeting, discuss package with Blazejowski |
| Business Operations | 9/24/2010 | Musso, Frank | $350.00 | 0.10 | $35.00 | Correspondence with US Bank on Hologic lease |
| Business Operations | 9/24/2010 | Musso, Frank | $350.00 | 0.10 | $35.00 | Wire transfer between accounts |

**FOCUS**
Management Group
Chicago • Greenwich • Los Angeles • Nashville • Tampa

CORPORATE HEADQUARTERS
5001 W. Lemon St.
Tampa, FL 33609-1103
Phone (813) 281-0062
Fax (813) 281-0063
www.focusmg.com

| Category | Date | Name | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| Business Operations | 9/24/2010 | Musso, Frank | $350.00 | 0.40 | $140.00 | Reviewed and signed pay request and contracts |
| Business Operations | 9/24/2010 | Musso, Frank | $350.00 | 0.80 | $280.00 | Assist auditors with Fixed Assets |
| Business Operations | 9/24/2010 | Musso, Frank | $350.00 | 0.40 | $140.00 | HR issue concerning registrar |
| Business Operations | 9/24/2010 | Musso, Frank | $350.00 | 0.60 | $210.00 | Meet with Ramsdell and Schickner, status of unbilled AR |
| Business Operations | 9/20/2010 | Musso, Frank | $350.00 | 0.40 | $140.00 | Read PBGC note and Guaranty |
| Business Operations | 9/20/2010 | Musso, Frank | $350.00 | 1.30 | $455.00 | Arrange letters for new AR routing per loan agreement |
| Business Operations | 9/21/2010 | Musso, Frank | $350.00 | 0.60 | $210.00 | Attention to McKession limited agency agreement |
| Business Operations | 9/21/2010 | Musso, Frank | $350.00 | 1.80 | $630.00 | Attention obtaining Form of Obligors consent and sample invoices |
| Business Operations | 9/21/2010 | Musso, Frank | $350.00 | 0.40 | $140.00 | Call with HFG re: update |
| Business Operations | 9/21/2010 | Musso, Frank | $350.00 | 0.40 | $140.00 | Reviewing and circulate new patient consent forms |
| Business Operations | 9/22/2010 | Musso, Frank | $350.00 | 2.10 | $735.00 | At attorney to sign loan documents |
| Business Operations | 9/22/2010 | Musso, Frank | $350.00 | 1.90 | $665.00 | Follow up on Form of notice |
| Business Operations | 9/23/2010 | Musso, Frank | $350.00 | 0.40 | $140.00 | Various calls with Mu=ike Huecker, sent projection file and cash flow |
| Business Operations | 9/24/2010 | Musso, Frank | $350.00 | 2.90 | $1,015.00 | Assist in reconciling differences with the legal opinion letter, obtaining copies of contracts for them to review |
| Business Operations | 9/24/2010 | Musso, Frank | $350.00 | 1.80 | $630.00 | Address issues raised about JHC. JMH, and JMC lease of the surgery center |
| Business Operations | 9/24/2010 | Musso, Frank | $350.00 | 0.20 | $70.00 | Provide cash receipts collected to HFG for th borrowing base calculation |
| **Total Business Operations: F Musso** | | | | **51.60** | **$18,060.00** | |
| Travel | 9/20/2010 | Musso, Frank | $175.00 | 1.8 | $315.00 | Wilton Stafford |
| Travel | 9/24/2010 | Musso, Frank | $175.00 | 1.8 | $315.00 | Stafford Wilton |
| **Total Travel: F Musso** | | | | **3.60** | **$630.00** | |
| | | **Total F Musso** | | **55.20** | **$ 18,690.00** | |
| | | **Total Gross Fees** | | **98.60** | **$ 35,250.00** | |
| | | Fee Cap P Betts | $16,362.50 | | $ (197.50) | |
| | | Fee Cap F Musso | $14,237.50 | | $ (4,452.50) | |
| | | **Net Fees** | | | **$ 30,600.00** | |



CORPORATE HEADQUARTERS
5001 W. Lemon St.
Tampa, FL 33609-1103
Phone (813) 281-0062
Fax (813) 281-0063
www.focusmg.com

# FOCUS MANAGEMENT GROUP USA INC
## DETAIL OF REIMBURSEABLE EXPENSES FROM
## SEPTEMBER 19, 2010 THROUGH SEPTEMBER 25, 2010

| Expense Type | Date | Name | Expense | Description |
|---|---|---|---|---|
| Meals - Dinner | 9/19/2010 | Betts, Peter | $45.18 | Dinner |
| Meals - Dinner | 9/20/2010 | Betts, Peter | $13.61 | Grocery |
| Meals - Lunch | 9/20/2010 | Betts, Peter | $1.65 | Lunch |
| Meals - Lunch | 9/21/2010 | Betts, Peter | $7.85 | Lunch |
| Meals - Lunch | 9/23/2010 | Betts, Peter | $6.09 | Lunch |
| Meals - Lunch | 9/24/2010 | Betts, Peter | $5.48 | Lunch |
| | | **Total Meals** | **$79.86** | |
| Lodging | 9/20/2010 | Musso, Frank | $84.00 | Hampton Inn 1 night |
| Lodging | 9/22/2010 | Musso, Frank | $168.00 | Hampton Inn 2 nights |
| Lodging | 9/23/2010 | Betts, Peter | $13.45 | Gas for apartment |
| Lodging | 9/23/2010 | Betts, Peter | $87.41 | Electricity for apartment |
| | | **Total Lodging** | **$352.86** | |
| Mileage | 9/20/2010 | Betts, Peter | $21.00 | Commute |
| Mileage | 9/20/2010 | Musso, Frank | $51.98 | Wilton to Stafford |
| Mileage | 9/21/2010 | Musso, Frank | $51.98 | Stafford Wilton |
| Mileage | 9/22/2010 | Betts, Peter | $21.00 | Commute |
| Mileage | 9/22/2010 | Betts, Peter | $31.50 | Round trip to Hartford to meet w/ DSS re; DSH funding & R&R re: LOC agreement signing |
| Mileage | 9/22/2010 | Musso, Frank | $51.98 | Wilton to Stafford |
| Mileage | 9/23/2010 | Betts, Peter | $21.00 | Commute |
| Mileage | 9/24/2010 | Musso, Frank | $51.98 | Stafford Wilton |
| Mileage | 9/24/2010 | Betts, Peter | $9.45 | Travel to Sarasota |
| | | **Total Travel** | **$311.87** | |
| Cell Phone Reimbursement | 9/20/2010 | Betts, Peter | $35.00 | Cell Phone |
| Cell Phone Reimbursement | 9/21/2010 | Musso, Frank | $45.00 | Cell Phone |
| | | **Total Communications** | **$80.00** | |
| | | **Total Expenses** | **$824.59** | |

• Due Diligence Reviews • Crisis Management • Operations Integration • Asset Recovery • Interim Management
• Bank & Creditor Negotiations • Bankruptcies & Receiverships • Turnaround & Workout Management •